# Exhibit R



# IN THE SUPREME COURT OF ALABAMA

May 3, 2023

1041603

Ex parte James Barber.  PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: James Barber v. State of Alabama) (Madison Circuit Court: CC-02-1794; Criminal Appeals: CR-03-0737).

## ORDER

James Barber's "Motion to Hold the State's Motion to Set an Execution Date in Abeyance or Stay these Proceedings"; James Barber's "Motion in the Alternative to Preserve Evidence of Execution Process"; and James Barber's "Motion to Compel" filed on March 31, 2022, having been submitted to this Court,

IT IS ORDERED that the Motions are DENIED.

**Parker, C.J., and Shaw, Wise, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.**

Witness my hand and seal this 3rd day of May, 2023.

*Megan B. Rhodebeck*

**Clerk of Court,
Supreme Court of Alabama**

**FILED
May 3, 2023

Clerk of Court
Supreme Court of Alabama**