# Exhibit T

**EXECUTION PROCEDURES**
~~CONFIDENTIAL~~
**March ~~2021~~2023**

## I.    General

A.    This procedure establishes the responsibilities and procedures for the reception of a condemned inmate, for confinement, and for execution and day of execution preparation. Approval authority for changes or amendments to this protocol is the Commissioner of the Alabama Department of Corrections ("ADOC").

B.    This procedure identifies the responsibilities associated with an execution.

C.    This procedure outlines the forms used to ensure a professional and chronological order for executions.

~~D. This document is confidential in nature and  will be  disseminated only to personnel having a need and right to know the contents herein.~~

D.    ~~E.~~A permanent log will be kept by the [REDACTED]~~,~~ beginning on Monday of the week of the execution.     This log will reflect any  practice, maintenance, and other preparations for the execution.

E.    ~~F.~~Alabama Code Section 15-18-82.1(f) clearly states that, ~~not withstanding~~notwithstanding any law to the contrary, the "prescription, preparation, compounding, dispensing, and administration of a lethal injection shall not constitute the practice of medicine, nursing, or pharmacy."

## II.    Reception of Condemned Inmate

Once an inmate has received a sentence by the court to be executed, the condemned inmate will be transferred directly from the committing county to the W. C. Holman Correctional Facility ("Holman"), W. E. Donaldson Correctional Facility ("Donaldson"), or the Julia Tutwiler Prison for Women~~.~~ ("Tutwiler").  In the future, other ADOC facilities may be identified and utilized to house condemned inmates at the direction of the Commissioner.  Any such directive shall not affect the validity of this procedure.

Upon arrival, ~~he/she~~a condemned inmate will be processed through regular admission procedures, to  include [REDACTED] and other activities associated with the reception of non-condemned inmates as required by ADOC policy or as otherwise determined by the receiving institution's warden.

### III.    Confinement

Section 15-18-82(b) of the Code of Alabama, 1975, establishes Holman as the statutory location for the conduct of executions.  Holman is the ADOC facility possessing "the necessary facilities, instruments, and accommodations to carry out" an execution.

Upon receipt of an execution warrant and notice from the Governor setting a time frame for the execution of a condemned inmate confined at a location other than Holman, the wardens of Holman and of the correctional facility at which the condemned inmate is confined will coordinate transport of the condemned inmate to Holman.  If the condemned inmate is confined at another ADOC male facility, arrangements will be made [REDACTED] to have the inmate transferred to Holman. If the condemned inmate is confined at an ADOC female facility, the condemned inmate will be moved to Holman [REDACTED] prior to the execution.

Upon the receipt of a condemned ~~person~~inmate at ~~W.  C.~~ Holman ~~Correctional  Facility~~, the inmate shall be confined in a cell designated by the Warden until the time ~~of~~ his/her execution arrives.  Appropriate safeguards and security measures will be maintained as directed by the Warden.  ~~Pending~~Prior to the ~~invoking~~start of the ~~[REDACTED] hour~~ Death Watch observation period, the condemned inmate will be confined and  maintained in accordance with ~~Departmental~~ADOC Rules and Regulations.

### IV.    Warrant Notification

~~Whenever a person is sentenced to death, the clerk  of the  court in which the sentence is pronounced shall issue a warrant under the seal  of the  court  for the execution of the sentence of death  (source: Alabama Code Section 15-18-20). The warrant identifies: the facts of the conviction, the offense, the judgment of the court, and the time fixed for  the execution. The  court provides the warrant to the Marshal who delivers it  to the Warden  of W. C. Holman Correctional Facility (source: Alabama Code Section 15-18-80).~~
Pursuant to Rule 8(d)(1) of the Alabama Rules of Appellate Procedure, the Alabama Supreme Court shall at the appropriate time enter an order authorizing the Commissioner to carry out the condemned inmate's sentence of death within a time frame set by the Governor.

A.    Once ~~the death~~an execution warrant has been ~~issued, the~~received by the ADOC and the ADOC has received notice from the Governor setting the time frame for the condemned inmate's execution, the Holman Warden will advise the ~~offender~~condemned inmate as soon as possible.  ~~This will normally be done in an attempt~~All efforts should be made to notify the condemned inmate prior to ~~an~~any announcement by ~~the~~news media.

B.    If the ~~inmate is at the W. E. Donaldson Correctional Facility or the Julia Tutwiler Prison for Women, the Warden of the W. C. Holman Correctional Facility~~condemned inmate is confined at an ADOC facility other than Holman, the ADOC will notify the Warden of the other facility and request the inmate be notified.
~~1. If the inmate is at the W. E. Donaldson Correctional Facility, arrangements will be made [REDACTED] to have the inmate transferred to the W. C. Holman Correctional~~

~~Facility. Upon arrival at the W.C. Holman Correctional Facility, the inmate will see a physician [REDACTED] for an assessment of his vein structure.~~

~~2. In the instance of a female inmate receiving a death warrant, the inmate will be moved to the W. C. Holman Correctional Facility [REDACTED] prior to the execution. The Warden of the Julia Tutwiler Prison for Women will have a physician assess her vein structure as soon as possible after notification of the death warrant.~~

C.       On the day the condemned inmate is advised of the ~~death~~execution warrant and time frame for his/her execution, the Warden will inform ~~him/her~~the condemned inmate that:

~~1. The inmate may select a spiritual advisor to accompany him/her in the execution chamber;~~

       1.       The condemned inmate may select a spiritual advisor. That advisor may be present in the execution chamber at the time of the execution, except in the event the inmate has elected electrocution as his/her method of execution. In the event that an inmate has elected electrocution as his/her method of execution, the spiritual advisor will be required to exit the execution chamber after the condemned inmate has been provided the opportunity to make a final statement.

       2.       The inmate may select one ~~(1)~~ alternate spiritual advisor to serve in the event that the originally named spiritual advisor will not/cannot serve at the time of the execution~~:~~.

       3.       The ~~inmate must inform the Warden of his/her~~ choice of spiritual advisor and alternate ~~no later than~~ spiritual advisor must be made and communicated to the Warden within five ~~(5)~~ days ~~after being advised of the death warrant;~~.

       4.       The ~~inmate's~~condemned inmate will further be informed that any spiritual advisor and alternate ~~must~~ spiritual advisor identified will be required to submit a written plan to the Warden ~~for approval, for~~setting forth how the spiritual advisor intends to assist the condemned inmate in the exercise of his/her religious ~~exercise in the execution chamber, no later than fourteen (14) days after the inmate receives notice of the death warrant.~~beliefs for the purpose of ensuring that such assistance will not interfere with the conduct of the execution. The condemned inmate shall be further advised that this written plan must be submitted to the Warden for approval within fourteen days.

**V.       Preparations (Prior to Execution week)**

A.       On a day designated by the Warden, prior to execution week, the Holman Warden ~~and [REDACTED]~~ will meet with the ~~execution team~~Execution Team.

       1.       Team members will be given the opportunity to resign from the team.

       2.       Details of the scheduled execution will be discussed to bring everyone up to date.

B.       If lethal injection is to be the means of execution, the Warden will notify ~~the~~ members of the IV ~~team~~Team that they will be needed and schedule a time for ~~them~~a member of the

IV Team to view the offender's condemned inmate's veins prior to the scheduled execution. ~~If it is determined that starting an IV through normal channels  will not be  possible due to poor vein structure, refer to Annex C for protocol.~~

C.    If electrocution is to be the means of execution, the Warden will instruct arrange and facilitate inspection of the [REDACTED] to contact a [REDACTED] to inspect the equipment to be used for the execution.

D.    The Warden and/or [REDACTED] will make sure that he has the and verify that all items required shall inventory the equipment and supplies necessary on hand to carry out the execution are available. Any [REDACTED] deficiencies shall be made known to the Warden immediately.

E.    The Holman Warden will notify the Warden of the facility head at G. K. Fountain Correctional Center ("Fountain") of the upcoming execution. The Holman Warden will request that he/she the staff at Fountain have the Media Center checked for cleanliness, make sure the grounds are groomed, and insure ensure that the telephone lines are operational.

F.    The Holman Warden will meet with the condemned offender inmate and advise him/her of the general schedule for execution week. The Warden will attempt to answer any questions the condemned inmate may have in reference to the execution. The condemned inmate will be informed of his/her ability to submit to the Warden for approval an extended visitation list for the week of the execution.

G.    After confirming that the spiritual advisor and alternate spiritual advisor submitted a written plan within fourteen (14) days after the condemned offender inmate received notice of the death execution warrant and time frame for the execution, the Warden or his/her designee shall meet with the spiritual advisor and alternate spiritual advisor to review such plan, and conduct orientation and training of the spiritual advisor and alternate in advance of the execution.

H.    The Warden or his/her designee will contact [REDACTED] to determine whether they are willing and available to attend the execution and pronounce the condemned inmate's time of death on the date the execution is scheduled.

I.    Prior to the start of the Death Watch observation period, the [REDACTED] shall ensure that all functions of the holding cell are working. In the event that deficiencies are noted, the Warden shall be notified immediately, and all necessary steps shall be taken to rectify and repair such deficiencies prior to the Death Watch observation period.

## VI.    Preparations (Execution Week)

A.    Members of the execution team Execution Team will meet [REDACTED] to walk through the steps of the execution to [REDACTED] include the removal of the offender condemned

4

inmate from [REDACTED] to the [REDACTED] and the [REDACTED]. The Warden and [REDACTED]all members of the Execution Team will rehearse their roles in the execution process at this time. Members of the IV Team participating in the upcoming execution shall attend and participate in at least one rehearsal [REDACTED]At least one member of the IV Team shall take an inventory of the supplies and equipment on hand while present at the facility for a rehearsal. Any deficiencies in the supplies and/or equipment shall be identified to the Warden immediately.

B.   On [REDACTED] of execution weeka day designated by the Warden, the [REDACTED] will  make assignments of [REDACTED] for the [REDACTED]  hour Death Watch observation period.

C.   [REDACTED]On a day designated by the Warden, the Warden and [REDACTED] will meet with the outside security teamOutside Security Team.

    1.   The Warden will brief the team on the number of offender and victim witnesses to expect and who they are, if known at that time, as well as the number of additional visitors to expect, the names of whom will be provided to the [REDACTED]The Warden will also advise the team about media attention, if any is expected.

2. The [REDACTED] of the outside security team  will make post assignments for [REDACTED]. The [REDACTED] will also assign an escort for the offender's witnesses and security for the Training Center.

D.   The Warden or his/her designee will check the telephone in the Commissioner's viewing room to ensure that the line is working properly. Additionally, the Warden or his/her designee will verify that the microphone inside the execution chamber is working properly and can be heard inside each viewing room.

E.   Before [REDACTED] , the Warden's designee will contact [REDACTED] to witness the execution and pronounce the time of death.

F.   Also before [REDACTED] , the Warden or his/her designee will notify local law enforcement officials of the pending execution, including the State Troopers,  Sheriff, and local authorities.

G.   Equipment

    1.   If lethal injection is to be the means of execution,[REDACTEDREDATED] shall be inspected and tested [REDACTED] until the day of the execution.

    2.   If electrocution is to be the means of execution, the electric chair, [REDACTED] shall be inspected [REDACTED] , in [REDACTED] accordance with established procedures,[REDACTED]. the equipment will be inspected and tested three (3) times.[REDACTED] (See Annex A for procedures and steps for testing the electric chair and equipment) (See Annex B for instructions on sponge preparation)

**VII.    Placement of ~~Offender~~Condemned Inmate in the Holding Cell**

A ~~minimum of~~ [REDACTED] officers shall be assigned to observe the condemned inmate at all times during the ~~[REDACTED] hour~~ Death Watch observation period preceding the execution. If the condemned inmate is a female, female security personnel will maintain security. No other correctional staff or civilian personnel, except medical personnel, shall be allowed in the ~~Death Watch area~~vicinity of the holding cell without approval of the Warden or the Warden's designee. No other inmates are allowed in the ~~Death Watch area~~vicinity of the holding cell during this time.

A.    The ~~accused offender~~condemned inmate will be moved to the holding cell [REDACTED] , unless the Warden determines he/she should be moved there sooner.

B.[REDACTED] , the ~~execution team~~Execution Team will begin a~~the Death Watch observation period.~~ [REDACTED] will post outside the ~~offender's~~condemned inmate's cell.  The cell to be used will be that cell [REDACTED].

1.    The cell will be thoroughly inspected for any contraband prior to initial placement of the condemned ~~offender~~inmate.

2.    The [REDACTED] will ensure that all functions of the cell are working.

3.    The officers assigned to this watch will ensure, during their time on duty, that the condemned ~~offender~~inmate is under constant observation, regardless of the ~~offender's~~inmate's location.

4.    If an emergency should occur, ~~the officer will~~ one of the of officers assigned to the constant observation Death Watch shall initially contact ~~the~~ [REDACTED]. As soon as possible~~,~~ thereafter, the ~~captain~~Captain of the ~~execution team~~Execution Team and the Warden will be contacted.

5.    All activity will be recorded on the permanent log.  Information to be placed in  the log will include, but will not be limited to, the following~~:~~ [REDACTED]

C.    The ~~offender~~condemned inmate will have a bed, necessary linens, and one uniform of clothing. All other items of the ~~offender~~condemned inmate will be kept outside the holding cell. The ~~offender~~condemned inmate will be allowed access to personal hygiene items which will be passed to him/her and returned to the officers when he/she has completed use of the items.

1.    The ~~offender~~condemned inmate will be allowed a television in the area that will sit outside the cell.

2.    The ~~offender~~condemned inmate will be allowed access to the telephone.  The ~~offender~~condemned inmate will advise the officer of the number he/she wishes to call, and the officer will place the call. [REDACTED]

3. The ~~offender~~condemned inmate will be allowed access to his/her mail. The mail will be passed back to the officers when the ~~offender~~condemned inmate has finished reading it. All legal mail will be opened in the presence of the ~~offender~~condemned inmate.

4. The ~~offender~~condemned inmate will be allowed access to a Bible, or its equivalent, and any other reading material approved by the Warden.

5. [REDACTED] will bring the ~~offender's~~condemned inmate's medication to him/her. Sick call will be in accordance with institutional Rules and Regulations. Sick call will be held in ~~the~~ [REDACTED]

6. The ~~offender's~~condemned inmate's meals will be delivered to him/her by [REDACTED]
   [REDACTED]

**VIII.   Visitation During the Execution Week**

~~A. The condemned offender may submit  to the Warden  an extended visiting list for approval prior to execution week. The Warden will make the approval and provide this  list to  the officers assigned to visitation.~~

A. Prior to execution week, the condemned inmate may submit an extended visitation list to the Warden for approval.  That portion of the extended visitation list approved by the Warden will be provided to the officers assigned to visitation and/or the Death Watch observation period.

B. The condemned ~~offender~~inmate shall be allowed contact visits during execution week with family, friends, private clergy, and his/her legal representatives, as approved by the Warden.  Visitation will be limited by the Warden in his/her discretion if necessary to maintain the orderly operation of the facility or to comply with the Governor's notice setting the time frame for the execution of the sentence of death.

Visitation will ordinarily be at the following times:

[REDACTED]

C. There will be no more than fifteen (15) visitors allowed in the visitation area at any given time.

D. The condemned ~~offender~~inmate may receive ~~an institutional~~a meal in the visitation area. The visitors may purchase items from the vending machines for the ~~offender's~~condemned inmate's consumption. ~~No food will be allowed to be brought in from outside~~Visitors will not be permitted to bring food or beverages into the facility.

E. ~~Visitors~~As security conditions permit, visitors will be allowed to leave the facility and return. They will be processed for admission every time they enter the facility.

7

~~F.~~ F.    The [REDACTED] will be available for the ~~offender~~condemned inmate and his/her family. The [REDACTED] should visit with the condemned ~~offender~~inmate [REDACTED]

## IX.    Day of the Execution

A.    The [REDACTED] will deliver the condemned ~~offender's~~inmate's breakfast meal to the door of the Death Chamber. The [REDACTED] on that post will receive the meal and serve it to the condemned ~~offender in the holding cell.~~inmate in [REDACTED]

    1.    The [REDACTED] will prepare the ~~condemned's meal.~~ condemned inmate's institutional meals.                No inmate will handle the condemned's ~~meal~~meals on the date of the execution.

    2.     The [REDACTED] will ask the condemned ~~offender~~inmate if he/she wishes to have a last meal prepared and explain what items are available ~~for him~~.

~~3. The condemned  offender's last meal can be prepared from anything that is available in the institutional kitchen.~~

B.    At ~~approximately [REDACTED]~~a time designated by the Warden, the officers assigned to the Death Watch will inventory the condemned ~~offender's~~inmate's property. The condemned will have an opportunity to designate who he/she wishes his/her property to ~~go to~~be given following the execution of the sentence of death.

    1.    This information will be written out as a last will and testament and the condemned ~~offender~~inmate will sign the document in front of a notary public.

    2. ~~[REDACTED]~~

C.    Visitation may begin at [REDACTED] and proceed until approximately [REDACTED] subject to change by the Warden for security purposes or to accommodate the time frame of the execution as set by the Governor.

D.    The Warden or his/her designee will ~~attain~~obtain the funeral arrangements of the condemned. Specific information needed will be a next of kin, [REDACTED] This information will be made available to the coroner's office and to the Alabama Department of Forensic ~~Science~~Sciences.

E.    After [REDACTED] will prepare the necessary lethal injection solution when lethal injection is the method of execution.

F.    The Warden and/or Commissioner will meet with the victims of the condemned ~~offender's~~inmate's crime [REDACTED]

G.    At [REDACTED] the condemned ~~offender~~inmate will be escorted from the visitation yard [REDACTED]

    1.    An examination of the ~~accused~~condemned inmate will be completed~~,~~ and the

results recorded on a Medical Treatment Record or Body Chart.

2.   If the condemned ~~offender~~inmate has a spiritual advisor, that person may be escorted to [REDACTED] and remain with the condemned inmate until the condemned is escorted ~~to the execution chamber~~[REDACTED], at which time the spiritual advisor will ~~then~~ be escorted [REDACTED] while the condemned inmate is prepared for the execution.  Once the condemned inmate is prepared, the spiritual advisor will be escorted to the execution chamber            [REDACTED].

H.   The Commissioner's telephone line to the Governor's and/or Attorney General's staff will be opened.

I.   The condemned inmate will be escorted to the execution chamber by the ~~execution team~~Execution Team and strapped to the gurney.

1.   If lethal injection is the means of execution, the IV Team will be escorted into the execution chamber to start the IV.  The heart monitor leads will be applied to the condemned.   If the ~~veins are such that intravenous access cannot be provided~~condemned inmate's veins make obtaining venous access difficult or problematic, [REDACTED] ~~will~~may perform a central line procedure ~~to provide an intravenous access. (See Annex C)~~.

2.   When electrocution will be the method of execution, the inmate will be escorted to the execution chamber and placed in the chair at approximately [REDACTED] The ~~offender~~condemned inmate will be strapped in with the electrode attached to the  offender's left leg and head.

J.   The witnesses will be escorted to the appropriate execution witness ~~room~~rooms. The following persons may be present at the execution and none other:

1.   The Warden and such persons as may be necessary to assist him in conducting the execution

2.   The Commissioner of Corrections ~~and/~~or his/her representative~~(s)~~

3.   Two (2) physicians

4.   The condemned's spiritual advisor

5.   The Chaplain of ~~the W. C.~~ Holman ~~Correctional Facility~~

6.   Such news media as may be admitted by the Warden, not to exceed five (5) in number

7.     Any relatives or friends of the condemned offender that he/she may request, not to exceed six (6) in number (No inmate shall be permitted to witness the execution)

8.     Witnesses for the victim will be limited to immediate family members over the age of 19, not to exceed eight (8) in number. "Immediate family member" is defined to include parent(s), sibling(s), and/or children of the victim.

    If the condemned is being executed for a capital murder in which he/she killed two (2) or more people, each of the victims will be entitled to have no more than eight (8) immediate family members over the age of 19 witness the execution. If the total number of witnesses exceeds 12, however, the seats are to be apportioned equally among the victims.

    If fewer than six (6) immediate family members of a victim wish to view the execution, AND the condemned has OTHER murder and/or manslaughter conviction(s) for which he was NOT sentenced to death, then the remaining witness slots can be made available to immediate family members of that other victim(s).

    Because of restricted space, however, no more than a TOTAL of 12 immediate family members of the victim(s) will be allowed to actually view an execution.

K.     The Warden will be informed when the condemned inmate is prepared for execution.

    If the execution is to be carried out by lethal injection, the IV Team will complete its task and [REDACTED]. The Warden will report to the execution area at this time. The IV Team will brief the Warden as to [REDACTED]. The curtains to the witness rooms will be opened.

L.     The Warden will enter the execution chamber [REDACTED]. The microphone will be turned on and the Warden will read the execution warrant to the condemned offenderinmate.

M.     The condemned offenderinmate will be allowed to make any last remarks. Remarks should be kept to about two (2) minutes.

N.     The Warden and [REDACTED] will depart the execution chamber to the [REDACTED] Two (2) members of the execution teamExecution Team will remain in the execution chamber  until notified to leave by the Warden.

O.     The Warden will check with the Commissioner or his/her designee to see if there has been a last minutelast-minute stay. If there has been no last minutelast-minute stay, the two (2) members from the execution teamExecution Team remaining in the execution

chamber will receive the signal to depart.

1.    These two (2) team members will make last minute checks of the IV lines in the case of lethal injection. One team member will exit the chamber and will [REDACTED] to the [REDACTED] signaling it is okay to proceed. The second officer, designated by the Warden, will remain in the chamber and will position himself/herself at the condemned inmate's left side.

2.    In the case of electrocution, the two (2) officers will make last minute adjustments to the restraining straps. The officers will place the headgear on the offender and the covering over the face. When their tasks have been completed, [REDACTED] will [REDACTED] to the [REDACTED] signaling it is okay to proceed.

P.    When the signal to proceed has been received, the following will occur:

1.    In the case of lethal injection, the Warden will begin administering the lethal injection solution to the condemned offender inmate. The lethal injection solution will consist of:

a.    100 mL of midazolam hydrochloride — two (2) 50mL syringes
b.    20 mL of saline
c.    60 mL of rocuronium bromide
d.    20 mL of saline
e.    120 mL of potassium chloride — two (2) 60 mL syringes

2.    In the case of lethal injection, after the Warden administers the 100 mL's of midazolam hydrochloride and 20 mL's of saline but before he/she administers the second and third chemicals, the one (1) team member who remained in the execution chamber will assess the consciousness of the condemned inmate by applying graded stimulation, as follows: The team member will begin by saying the condemned inmate's name. If there is no response, the team member will gently stroke the condemned inmate's eyelashes. If there is no response, the team member will then pinch the condemned inmate's arm.

In the unlikely event that the condemned inmate is still conscious, the Warden will use the secondary IV line to administer the 100 mL's of midazolam hydrochloride in the back up set of syringes. After all 100 mL's of midazolam hydrochloride and 20 mL's of saline are administered, the team member in the execution chamber will repeat the graded stimulation process set out above. When the secondary IV line is used for midazolam hydrochloride it is also used to administer the remaining chemicals.

After confirming that the condemned inmate is unconscious, such will be documented and the Warden will continue with administering the second and third chemicals.

11

3.    When electrocution is the means of execution, the Warden will push the button which will begin the process of 2200 volts of electricity flowing through the offender's body for a period of 20 seconds. The amount of electricity will decrease to 220 volts for the next 100 seconds.

Q.    When the execution has been carried out, the [REDACTED] will be notified [REDACTED]. In the case of lethal injection, members of the [REDACTED] will be will be [REDACTED]

    1.    [REDACTED] will enter the execution chamber and close the curtains.

    2.    The [REDACTED] will be escorted from the [REDACTED].

    3.    The [REDACTED] will be escorted from the [REDACTED] to the [REDACTED].

    4.    Witnesses of the execution will be escorted from the [REDACTED]

    5.    The Warden will escort the [REDACTED] into the [REDACTED]. The [REDACTED] will do a thorough check and pronounce a time of death.

    6.    The [REDACTED] will be escorted from the [REDACTED].

R.    [REDACTED] will enter the execution chamber.

    1.    In the case of lethal injection, the IV lines and straps will be detached. The body will be placed in a body bag and onto a stretcher to be taken by van to the Department of Forensic Science Sciences for a postmortem examination.

    2.    In the case of electrocution, the electrodes will be detached and the transformer will be disconnected and locked. The body will be placed in a body bag and onto a stretcher to be taken by van to the Department of Forensic Science Sciences for a postmortem examination.

S.    [REDACTED] will attach a tag to the body bag and have the representatives of the Department of Forensic Science Sciences sign for receipt of the body.

T.    Members of the execution team Execution Team will do a brief clean-up of the execution chamber and exit through the [REDACTED] The following day. [REDACTED] several members of the execution team will conduct a more thorough clean-up of the execution chamber.

**X.    Actions after the Execution**

A.      Press Conference - The Public Information Officer ("PIO") for the Department of Corrections will advise the news media that the ~~Order~~sentence of ~~the Court~~death has been carried out.

    1.      The PIO will provide the time of death, any last words the condemned ~~offender~~inmate may have had, and if any unusual incidents occurred during the execution.

    2.      News media who were unable to witness the execution will have an opportunity to ask questions of the news media members that were witnesses.

    3.      Members of the condemned's family will have an opportunity to meet the press and make a statement.  The victim's witnesses will also have an opportunity to appear before the news media.  At no time will these two (2) groups be allowed to intermingle with each other.

B.      Interment - The body may be released to the condemned's relatives at their expense or, if the body is not claimed by friends or relatives, it will be the Department of Corrections' responsibility to bury the remains.

C.      Staff participants will be afforded the opportunity to meet with Critical Incident Debriefing Team members if they so desire.

D.      Permanent logs will be typed by the [REDACTED] and sent back for signatures.  Once all signatures have been obtained, the log will be forward to the Warden for review and his/her signature.  No copies of the log will be made without permission of the Commissioner.

**Annex A**

**Annex A**

**Procedures and Steps for Testing the Electric Chair and Equipment**

The electrocution equipment should be tested twice (2) monthly, no sooner than the [REDACTED] of the month and no later than the [REDACTED] of the month, with at least [REDACTED] days between tests.  Each test will be logged.  If electrocution is to be the means of execution, the electrocution equipment will be tested [REDACTED] from the time the death execution warrant is received until [REDACTED] the equipment will be tested [REDACTED] until the day of the execution.[REDACTED], the equipment will be tested [REDACTED] prior to the time of the execution.

1.    [REDACTED] will be present during any testing.

2.    The Warden [REDACTED] will be present and will select [REDACTED] on the execution team to be present during any testing.

3.    No other personnel should be present during testing without the permission of the Warden [REDACTED].

4.    All testing equipment [REDACTED] will be checked to ensure they are all in operating order.

5.    All power switches will be in the "off" position.

6.    All jacks and connections will be checked for cleanliness and to ensure they are free of corrosion.  All leads will be checked to ensure they are intact and have no visible signs or cracking or any signs of frail ends.

7.    The leads will be connected to the load bank register.

8.    The [REDACTED] will be connected with the [REDACTED] connected to the [REDACTED]

   a. a.    [REDACTED]
   b. b.    [REDACTED]
   c. c.    [REDACTED]

9.    Make sure everyone is ready to test the equipment.

10.    [REDACTED] will turn the power on in the equipment room.

11.    [REDACTED] will then enter the control room[REDACTED] and turn on the [REDACTED]

12.    [REDACTED] will turn on the power for the equipment.

14

13.     After making sure that everyone is clear, the switch will be thrown and the meters will be read and recorded.

14.     [REDACTED] will be located in ~~the~~ [REDACTED] They will read [REDACTED] and [REDACTED] from the [REDACTED].

15.     [REDACTED] will be located in the ~~execution chamber.~~ [REDACTED] They will read the ~~voltage~~ [REDACTED] on the ~~Simpson 360 voltage meter.~~ [REDACTED]

16.     The process will be repeated again after a [REDACTED] wait on generator power.

17.     After testing is completed, the [REDACTED] will turn off all power switches and padlock all disconnect panels in the "off" position. [REDACTED] will check all padlocks to ensure they are locked.

Each time the chair is tested, all other equipment will undergo a check or test to ensure that all is in working order and could be used if needed.  Sponges will be checked for durability to ensure they are not torn, shrunken, or weak in texture and that they are free from any salt from a prior execution.  Electrodes will be checked to ensure they are clean and free from any deterioration of the wires that connect to the power source.  Also, all connections will be checked to insure they are tight.  Security straps will also be checked to ensure they are free from cracking and that buckles are clean and in good working order.

**Annex B**

**Annex B**

**Procedures for Preparation and Maintenance of Sponges**

1.      Sponges will be soaked in a salt and water solution for a [REDACTED] prior to the time of execution.  The sponges should be taken from the salt water solution approximately [REDACTED] prior to the execution.

2.      Sponges will be temporarily tacked lightly to the electrodes for proper positioning. When positioned, remove the tacking stitches.  When ready for use, soak the sponges in fresh water and squeeze dry.  Sew sponges with black carpet thread to the screening, placing stitches not [REDACTED] apart and following around the outer edges, down the center, and around the binding posts.  The object is to get a good firm contact.  Do not pull the stitches too tight, thereby preventing the sponge from soaking up the solution.

3.      The leg electrode will go on the left calf below the knee, placed so the binding post is on the outside making it more easily seen and reached for attaching the electrical wire. The shortened strap should be on this same side so the buckle can also be reached. When placing in position, pass the long strap around the leg and insert loosely through the buckle.  Raise into position with the right hand and tighten the strap through the ~~self-tightening~~self- tightening buckle with the left hand.  Draw the strap fairly tight but not so tight that when muscle contractions take place during electrocution there would be danger of breakage.

4.      The headset will be made prior to use to approximately fit the condemned inmate's head. Adjustment will be done by means of sliding straps on each side.  Place the head set on the head, being careful not to come down too far on the forehead if possible. Position the short strap with the buckle on it on the side that the operator will be working on. Pass the long strap under the chin and fasten snugly. Connect the wire to the binding post. Use number [REDACTED] insulation for both the head and leg wires. Solder the ends so they won't separate and so the barred ends will go into the hole in the posts. Use the sponges saturated in the salt solution. Squeeze enough solution out with the flat of the hand so excessive dripped will be avoided.  In making electrical current contact, be careful not to burn the sponge and the outer skin of the condemned inmate.

5.      After use, cut the black threads, remove the sponges, and rinse carefully in fresh water. Be very careful not to cut the tan thread that the pieces of sponge are sewn together with. Remove any black thread pieces and rinse the screws thoroughly to remove all traces of salt water or corrosion will ensue.  Keep the straps soft ~~with Neats Foot Oil~~[REDACTED].

6.      Only saltwater sponges are to be used.  Sponges should be stored in a clean dry place.

### Annex C

### Annex C

### IV Team —— Detailed Instructions

The Warden or his/her designee will have two (2) intravenous infusion devices placed in veins of the condemned inmate and a saline solution available for an infusion medium.  Those persons engaged in this activity will be referred to as the IV Team.  For these purposes, [REDACTED] (if necessary), [REDACTED] and other [REDACTED] - as are necessary - more professionals will make up this team.  The members of the IV Team shall be currently certified or licensed within the United States.  One of the [REDACTED] will normally be professionals on the IV Team [REDACTED] prior to the execution.

a.   An IV administration set shall be inserted into the outlet of the bag of normal saline solution.  Two (2) IV bags will be set up in this manner.

b.   The IV tubing shall be cleared of air and made ready for use.

c.   The standard procedure for inserting IV access will be used.  If the veins are such that intravenous access cannot be provided, [REDACTED] will condemned inmate's veins make obtaining venous access difficult or problematic, qualified medical personnel may perform a central line procedure to provide an intravenous obtain venous access.

d.   The IV tubing for both set-ups will be connected to the receiving port of the IV access - one (1) for the primary vein and the other for the secondary vein.

e.   At this point, the administration sets shall be running at a slow rate of flow (KVO), and ready for the insertion of syringes containing the lethal agents.  The Warden, or his designee, shall maintain observation of both set-ups to ensure that the rate of flow is uninterrupted.  NO FURTHER ACTION shall be taken until the Warden has consulted with the Commissioner regarding any last minute last-minute stay by the Governor or the courts.

**Annex D**

**Annex D**

**Syringe Preparation**

The following is the syringe sequence:

| | | |
|---|---|---|
| Syringe 1 | midazolam hydrochloride | 50 mL – 250 mg |
| Syringe 1A | midazolam hydrochloride | 50 mL – 250 mg |
| Syringe 2 | saline (sodium chloride) | 20 mL 20mL |
| Syringe 3 | rocuronium bromide | 60 mL – 600 mg |
| Syringe 4 | saline (sodium chloride) | 20 mL |
| Syringe 5 | potassium chloride | 60 mL – 120 mEq |
| Syringe 5a 5A | potassium chloride | 60 mL – 120 mEq |

Any team member participating in the syringe preparation process shall wear medically approved gloves to ensure the safety of each team member and the preparation process.

**I.       Syringes 1 and 1A, midazolam hydrochloride procedure:**

1.     Remove piercing pin from pouch
2.     Remove cover from piercing pin
3.     Remove flip top from vial of midazolam hydrochloride
4.     Insert piercing pin into the stopper with a downward twisting motion
5.     Insert sixty cubic centimeter (60cc) syringe into piercing pin and twist until secure
6.     Pull back on the syringe to transfer the midazolam hydrochloride into the syringe
7.     For each syringe (1 and 1A), conduct items 1 through 6 five (5) times.  Each vial of midazolam hydrochloride contains 50 mg of the drug in 10mL.

**II.      Syringe 2, sodium chloride (saline) procedure:**

1.     Remove piercing pin from pouch
2.     Remove cover from piercing pin
3.     Remove flip top from sodium chloride vial or any protective packaging from sodium chloride bag
4.     Insert piercing pin into the stopper with a downward twisting motion
5.     Insert syringe into piercing pin and twist until secure

6.      Pull back on the syringe to transfer the sodium chloride into the syringe until 20 mL are drawn into the syringe

**III.**     **Syringe 3, rocuronium bromide procedure:**

1.     Remove piercing pin from pouch
2.     Remove cover from piercing pin
3.     Remove flip top from vial of rocuronium bromide
4.     Insert piercing pin into the stopper with a downward twisting motion
5.     Insert sixty cubic centimeter (60cc) syringe into piercing pin and twist until secure
6.     Pull back on the syringe to transfer the rocuronium bromide into the syringe
7.     Conduct items 1 through 6 twelve (12) times.  Each vial of rocuronium bromide contains 50 mg of the drug in 5 mL.

**IV.**     **Syringe 4, sodium chloride (saline) procedure:**

Repeat procedures for syringe 2.

**V.**     **Syringe 5 and 5A, potassium chloride procedure:**

1.     Remove piercing pin from pouch
2.     Remove cover from piercing pin
3.     Remove flip top from vial of potassium chloride vial
4.     Insert piercing pin into the stopper with a downward twisting motion.
5.     Insert sixty cubic centimeter (60cc) syringe into piercing pin and twist until secure
6.     Pull back on the syringe to transfer the potassium chloride into the syringe
7.     For each syringe (5 and 5A), conduct items 1 through 6 three (3) times.  Each vial of potassium chloride contains 40 mEq of the drug in 20 mL.

**Repeat the above procedures for a backup tray of syringes.**

| Summary report: Litera Compare for Word 11.1.0.69 Document comparison done on 3/27/2023 8:02:02 PM | |
|---|---|
| **Style name:** Sidley Default | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** 2021 Protocol.docx | |
| **Modified filename:** 2023-03-00 Execution procedures 1 redacted.docx | |
| **Changes:** | |
| Add | 276 |
| Delete | 238 |
| Move From | 29 |
| Move To | 29 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 572 |