IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Montgomery_____ DIVISION

JAMES EDWARD BARBER
_____, )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   CASE NO. _2:23-cv-00342_____
                                    )
KAY IVEY, et al.                    )
_____, )
                                    )
        Defendants,                 )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __JAMES EDWARD BARBER__, a   Plaintiff   in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____            _____

_____            _____

_____            _____

_____

   5/25/2023                         /s/ Paula D. Hinton
     Date                            (Signature)

                                     Paula Hinton
                                     (Counsel's Name)

                                     Plaintiff James Barber
                                     Counsel for (print names of all parties)
                                     Winston & Strawn LLP 800 Capitol Street Suite 2400
                                     Houston, TX 77002
                                     Address, City, State Zip Code
                                     713-651-2600
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Paula W. Hinton_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by ___CM/ECF system_____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this __25th__ day of _May_____ 20 23 to:

_____

_____

_____

_____

_____

_____

5/25/2023
Date

Paula W. Hinton
Signature