# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                           TELEPHONE (334) 954-3600

May 30, 2023

## NOTICE OF ERROR

To:             All Counsel of Record

**Case Style:**   James Edward Barber v. Kay Ivey, et al

**Case Number:**      2:23-cv-00342-ECM

**Referenced Pleading:**     Notice of Appearance

**Docket Entry Number:**     8

**The Notice of Appearance, Doc. [8] was e-filed on May 30, 2023 in the referenced case and is hereby STRICKEN as an erroneous docket entry. Counsel informed the Clerk of Court that the notice was filed in error. Parties are instructed to disregard docket entry [8].**