# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| KENNETH EUGENE SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-00497-RAH |
| v. | ) | |
| | ) | CAPITAL CASE |
| JOHN Q. HAMM, Commissioner, Alabama | ) | |
| Department of Corrections, | ) | **EXECUTION SCHEDULED FOR** |
| | ) | **NOVEMBER 17, 2022** |
| Defendant. | ) | |

**DECLARATION OF DAVID C. PIGOTT, MD**

I, David C. Pigott, hereby state under penalty of perjury as follows:

1.      I am a professor and Vice Chair for Faculty Development in the Department of Emergency Medicine at the University of Alabama School of Medicine in Birmingham, Alabama.   I am also the Co-Director of the Office of Emergency Ultrasound and serve as a core faculty member for the Emergency Ultrasound Fellowship and a faculty member for the emergency medicine residency program.  I hold certifications from the American Board of Emergency Medicine and the American Registry for Diagnostic Medical Sonography.  My current CV is attached as Exhibit A.

2.      I have practiced emergency medicine for more than 20 years and hold an active medical license from the state of Alabama.  I received my medical degree from Columbia University College of Physicians/Surgeons, completed my internship at the Medical College of Pennsylvania, and completed my residency at St. Luke's-Roosevelt Hospital Center in New York.  As an emergency medicine physician, I am familiar with the methods used to gain intravenous access in medical settings.

3.      I was provided with photographs, copies of which are attached as Exhibit B, which counsel has represented to me are photographs from an autopsy performed on Joe Nathan James, who was executed by the state of Alabama on July 28, 2022.  Based on my review of those photographs and my experience and training as an emergency medicine physician, I was asked to offer an opinion regarding the procedures that could have been performed on Mr. James to obtain intravenous access during his execution.

4.      My opinion, to a reasonable degree of medical certainty, is that the photographs provided to me show multiple attempts to establish intravenous (IV) access using a needle, as well as an attempted cut-down procedure.[1]  An autopsy photo showing the incision is below:



5.      The deeper laceration in the antecubital fossae (pit of the elbow), depicted in the photograph above, is indicative of an attempted cut-down procedure.  The laceration does not

---

[1] A cut-down is a procedure in which an incision is made with a scalpel directly into the skin in an area where a vein would be found.

appear to have been made with a needle, but rather with some type of knife or scalpel.  The laceration is located in an area where a vein would be likely be found, and there appears to be a needle stick just below the laceration.  The photograph shows what appear to be tissue response and blood in and around the laceration, suggesting that the laceration was made while the individual was still alive, as post-mortem wounds typically do not bleed.  Both the laceration in the pit of the elbow and the more shallow laceration above it appear to have what physicians refer to as "hesitation marks" on the edges, which suggests that the individual making the cuts was not experienced in doing so, although inadvertent movement of the arm during the procedure may have a similar appearance.

6.      The bruising depicted in the photograph above, as well as the other photographs, is also indicative of multiple attempts to establish IV access using a needle.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2022

_____
David C. Pigott, MD, RDMS, FACEP

# Pigott Declaration: Exhibit A

# Curriculum Vitae
# David C. Pigott, M.D., RDMS, FACEP

## Personal Information

**Name:**              David C. Pigott, M.D.
**Citizenship:**       United States
**Social Security No.:**
**Home Address:**

**Cell Phone:**
**Date of Birth:**
**Gender:**             Male
**Rank:**               Professor
**Rank Begin Date:**    10/01/2013
**School:**             School of Medicine
**Institution:**        The University of Alabama at Birmingham
**Business Address:**   619 South 19th Street; OHB 251
                        Birmingham Alabama 35249-7013
**Business Phone:**     (205) 975-2444

## Education

- Yale University, New Haven, CT, B.A., May 1990, *cum laude*
- Columbia University College of Physicians and Surgeons, New York, NY, M.D., May 1995

## Licensures

- Alabama, #22680, May 1999 to present

## Board Certification

- American Board of Emergency Medicine (ABEM), #2, June 2001, recert. 2011, 2021

## Additional Certifications

- American Registry for Diagnostic Medical Sonography (ARDMS), #150288, August 2011

## Postdoctoral Training

- July 1996 - June 1999, Emergency Medicine Residency, St. Luke's/Roosevelt Hospital Center, New York, NY
- July 1995 - June 1996, Preliminary Year - Internal Medicine, Medical College of Pennsylvania, Philadelphia, PA

## Awards and Honors

- 2015 – ACEP Spokesperson of the Year Award, awarded by ACEP Board of Directors, ACEP Leadership and Advocacy Conference, Washington, DC.
- 2014 – Trending Topics Lecture Award (most popular lecture), "Inside the Hot Zone: Highly Infectious Pathogens in the ED," ACEP Scientific Assembly, Chicago, IL
- 2014 – Best Lecturer Award, UAB Emergency Medicine Residency Program

- 2013 – Blazer MD Award (Physician of the Year), UAB Emergency Medicine Residency Program
- 2013 – Best Lecturer Award, UAB Emergency Medicine Residency Program
- 2009 – Best Clinical Instructor, UAB Emergency Medicine Residency Program
- 2006 – Best Lecturer Award, UAB Emergency Medicine Residency Program
- 2005 – Best Lecturer Award, UAB Emergency Medicine Residency Program
- 2004 – Best Clinical Instructor, UAB Emergency Medicine Residency Program
- 2003 – Best Clinical Instructor, UAB Emergency Medicine Residency Program

## Invited Lectures and Courses

- 2022 – Invited Faculty, "New Sepsis Guidelines: Latest But Not Greatest," "Sexually Transmitted Infections," "Staying Cool with Pediatric Fever," ACEP Scientific Assembly, San Francisco, CA, October 1-4, 2022
- 2018 – Invited Faculty, "Infections From Abroad: Unwanted Souvenirs," "Z Is for Zoonosis: How Animal Pathogens Are Causing Human Disease," ACEP Scientific Assembly, San Diego, CA, October 1-4, 2018
- 2018 – Invited Expert, ACEP Frontline Podcast, "Flu Season," Jan 10, 2018.
- 2017 – Invited Faculty, "DOA PDQ: Rapidly Fatal Infections," "Pelvic Ultrasound for Pelvic Pain: Make the Diagnosis!" "FAST FACTS: High Yield Infectious Disease," ACEP Scientific Assembly, Washington, DC, October 29-Nov 1, 2017
- 2016 – Invited Faculty, "ID Reloaded: How Old Diseases Are Staging New Comebacks," "DOA PDQ: Rapidly Fatal Infections," "Pelvic Ultrasound for Pelvic Pain: Make the Diagnosis!" "Food Borne Pathogens: Lessons From the Buffet," ACEP Scientific Assembly, Las Vegas, NV, October 16-19, 2016
- 2016 – Invited Faculty, "Emergent management of respiratory infections" – International Conference on Emergency Medicine (ICEM 2016), Cape Town, South Africa, April 21-24, 2016
- 2015 – Invited Faculty, "Guess Who's Coming to Dinner? Foodborne Illness – 2015 Update," "Go With the Flow! Adding Doppler to Your Ultrasound Skill Set," "Inside the Hot Zone: Highly Infectious Pathogens in the ED," and "Pelvic Ultrasound for Pelvic Pain: Make the Diagnosis!" ACEP Scientific Assembly, Boston, MA, October 26-29, 2015
- 2014 – Invited Faculty, "Ebola: Hemorrhagic Fever and the US Experience," and "Inside the Hot Zone: Highly Infectious Pathogens in the ED," ACEP Scientific Assembly, Chicago, IL
- 2014 – Invited Lecturer, Ultrasound for Emergency Medicine Course, Las Vegas, NV.
- 2013 – Course Co-Director, UAB Emergency and Critical Care Ultrasound Course, Hoover, AL, September 7-8, 2013.
- 2013 – Course Director, FAST Exam Ultrasound Course for Trauma faculty and residents, Birmingham, AL
- 2012 – Co-Director, Military Emergency Ultrasound Course, Special Operations Surgical Team-Air Force Special Operations Command, Birmingham, AL, March 12, 2012
- 2011 – Course Director, Emergency Ultrasound Course, Southeastern Chapters (SEC) ACEP Educational Conference, Destin, FL
- 2010 – Chair, Southeastern Regional Society for Academic Emergency Medicine (SAEM) Conference – Birmingham, AL, April 9-10, 2010
- 2009 – UAB Emergency Medicine Residency Program – Best Clinical Instructor
- 2008 – Invited Lecturer and Instructor, Emergency Ultrasound Course, Florida College of Emergency Physicians (FCEP), Tampa, FL
- 2007 – Invited Lecturer and Instructor, Emergency Ultrasound, Alabama ACEP Conference, Destin, FL
- 2007 – Invited Faculty, "Foodborne illness," and "Travel-related Infectious Diseases," ACEP Scientific Assembly, Seattle, WA

- 2006 – Invited Faculty, "Selected Cases in Oncologic Emergencies," ACEP Scientific Assembly, New Orleans, LA
- 2005 – Invited Lecturer, "Foodborne illness," New Speakers Forum, ACEP Scientific Assembly, Washington, DC
- 2003 – Invited course developer/instructor for the National Health Professions Preparedness Consortium bioterrorism training course

## Academic Appointments
**(In Reverse Chronological Order)**

- October 1, 2013 – present, Professor of Emergency Medicine, Department of Emergency Medicine, University of Alabama School of Medicine
- July 1, 2007 – present, Vice Chair for Academic Development, Department of Emergency Medicine, University of Alabama at Birmingham
- May 1, 2006 – June 30, 2007 Program Director, Emergency Medicine Residency, Department of Emergency Medicine, University of Alabama at Birmingham
- May 1, 2006 – June 30, 2007, Vice Chair for Educational Services, Department of Emergency Medicine, University of Alabama at Birmingham
- October 1, 2004 – September 30, 2013, Associate Professor of Emergency Medicine, Department of Emergency Medicine, University of Alabama School of Medicine
- January 2004 – May 2006, Associate Director, Emergency Medicine Residency Program, Department of Emergency Medicine, University of Alabama at Birmingham
- 2002 - 2004, Assistant Director, Emergency Medicine Residency Program, Department of Emergency Medicine, University of Alabama at Birmingham
- August 1, 1999 – September 30, 2004, Assistant Professor of Emergency Medicine, Department of Emergency Medicine, University of Alabama School of Medicine
- August 1999 - July 2003, Director, Medical Student Rotation, Department of Emergency Medicine, University of Alabama at Birmingham

## Other (Non-academic) Appointments

- 2015 – present, Member, ACEP Spokesperson Network
- 2014 – present, Member, ACEP Epidemic Expert Panel (appointed by ACEP President, Dr. Alexander M. Rosenau), formerly known as ACEP Ebola Expert Panel
- 2012 – present, Core Faculty, Emergency Ultrasound Fellowship Program, Department of Emergency Medicine, University of Alabama at Birmingham
- 2011-present, Co-Director, Division of Emergency Ultrasound, Department of Emergency Medicine, University of Alabama at Birmingham
- 1999 - 2011, Director, Division of Emergency Ultrasound, Department of Emergency Medicine, University of Alabama at Birmingham
- 2005 – present, Consultant, Regional Poison Control Center – Children's Hospital of Alabama
- 2001 – 2014, Website creator and manager, Emergency Medicine Residency Program, University of Alabama at Birmingham. Designed, created and implemented Emergency Medicine Residency Program website. <www.uab.edu/emresidency>
- 2001 – 2011, Associate Scientist, UAB Center for Emerging Infections and Emergency Preparedness (CEIEP)

## Scientific and Professional Societies

- 2012 – Present, ACEP Ultrasound Section Subcommittee on Resident Education (Co-Chair, 2016 – 2018)
- 2011 – Present, Member, American Institute of Ultrasound in Medicine
- 2004 – Present, Member, ACEP Ultrasound Section

- 1994 – 1999, EMRA (Emergency Medicine Residents Association
- 1994 – Present, Member, American College of Emergency Physicians, Fellow, 2002 – Present.
- 1994 – Present, Member, The Society for Academic Emergency Medicine

## Memberships

- 1999–2008, Faculty Advisor, Emergency Medicine Interest Group, University of Alabama School of Medicine

## Councils and Committees

- 2011 – 2013, Information Technology Advisory Group, University of Alabama Hospital
- 2008 – 2010, Pharmacy and Therapeutics Committee, University of Alabama Hospital
- 2005 – present, Appointments, Promotions and Tenure Committee, Department of Emergency Medicine, University of Alabama Hospital, Chair (2015–)
- 2004 – present, Quality Improvement Committee, Department of Emergency Medicine, University of Alabama Hospital, Committee Chair, 2005-2007
- 2003 – 2016, Leadership Committee, Department of Emergency Medicine, University of Alabama Hospital
- 1999 – present, Medical Education Committee, Department of Emergency Medicine, University of Alabama Hospital
- 1999 – 2007, Health Information Management Committee, University of Alabama Hospital
- 1999 – 2007, Resuscitation Subcommittee of the Critical Care Committee, University of Alabama Hospital
- 1991 – 1992, Dean's Advisory Committee, Columbia College of Physicians and Surgeons

## Professional Expertise and Interests

- 2015 – present, Member, ACEP Spokespersons' Network
- 2014 – present, Member, ACEP Epidemic Expert Panel (appointed by ACEP President, Dr. Alexander M. Rosenau), formerly ACEP Ebola Expert Panel
- 2015 – Team Physician, UAB Men's Basketball (2015 Conference-USA Tournament, Birmingham, Alabama)
- 2004 – Medical Director, Main Medical Treatment Area, Mercedes Marathon and Half-marathon, Birmingham, Alabama (approx. 3500 participants).
- 2004 – Medical Director, Main Medical Treatment Area, U.S. Men's Olympic Trials Marathon, Birmingham, Alabama.
- Emergency ultrasound, toxicology, emerging infections including Ebola virus and Zika virus, foodborne illness, trauma, emergency medicine procedure training, emergency medicine education.

## Bibliography

### Peer-reviewed articles

- Bacro-Duverger BH, Thorburn AQ, Denney BD, Gullett JP, Thompson MA, Pigott DC. Takotsubo Cardiomyopathy Following Traumatic Hand Amputation: A Case Report. Clin Pract Cases Emerg Med. 2022 Aug;6(3):225-228.

- Burleson SL, Swanson JF, Shufflebarger EF, Wallace DW, Heimann MA, Crosby JC, Pigott DC, Gullett JP, Thompson MA, Greene CJ. Evaluation of a novel handheld point-

of-care ultrasound device in an African emergency department. Ultrasound J. 2020 Dec 7;12(1):53.

- Yates MC, Chiasson KF, Pacheco ZS, Gullett JP, Denney BD, Pigott DC. Point-of-care ultrasound diagnosis of flexor tenosynovitis caused by an unusual pathogen, Oxf Med Case Reports. 2020 Dec 28;2020(12):omaa115.

- Schrading WA, Pigott D, Thompson L. Virtual Remote Attending Supervision in an Academic Emergency Department During the COVID-19 Pandemic. AEM Educ Train. 2020;4(3):266-269.

- Burleson SL, Pigott DC, Gullett JP, Greene C, Gibson CB, Irvine S, Kaminstein D. Point-of-care ultrasound in resource-limited settings: the PURLS fellowship. Ultrasound J. 2020 Mar 20;12(1):14.

- Greene CJ, Burleson SL, Crosby JC, Heimann MA, Pigott DC. Coronavirus disease 2019: International public health considerations. JACEP Open. 2020;1:70-77.

- DeMasi SC, Goyack LE, Shufflebarger EF, Hess EP, Skains RM, Thompson MA, Burleson SL, Gullett JP, Pigott DC. Clinical Ultrasonography in Patients who Inject Drugs (the CUPID protocol): An Illustrated Case Series. JACEP Open. 2020;1:244-251.

- Shufflebarger EF, DeLaney MC, Pigott DC. Young man with suspected foreign body ingestion. Clin Pract Cases Emerg Med. 2019 Sep 30;3(4):449-450.

- Neth MR, Thompson MA, Gibson CB, Gullett JP, Pigott DC. Ruptured Ectopic Pregnancy in the Presence of an Intrauterine Device. Clin Pract Cases Emerg Med. 2019 Jan 22;3(1):51-54.

- Younan D, Pigott DC, Gibson CB, Gullett JP, Zaky A. Exaggerated Interventricular Dependence among Trauma and Burn Patients: A Relationship with Kidney Function - An Exploratory Study. Am Surg. 2019 Apr 1;85(4):365-369.

- Burleson SB, Cirillo FN, Gibson CB, Gullett JP. Pigott DC. Superficial temporal arterial pseudoaneurysm diagnosed by point-of-care ultrasound. Clin Pract Cases Emerg Med. 2019 Jan 7;3(1):77-78.

- Burleson SB, Thompson MA, Pigott DC, Gullett JP, Resuehr D, Donnelly J, Gibson CB. A 1-week intensive ultrasound course for second-year medical students. Med Sci Educ 2018;28:465.

- Hassani B, Evans JG, Gibson CB, Gullett JP, Pigott DC. Images in Emergency Medicine: Young woman with postpartum chest and abdominal pain. Ann Emerg Med 2018 May;71(5):e111-e112.

- Younan D, Zaky A, Gibson CB, Pigott DC, Gullett JP. Right Ventricle Fractional Area of Change Is Predictive of Ventilator Support Days in Trauma and Burn Patients. Am J Surg. 2018 Jul;216(1):37-41.

- Younan D, Beasley TM, Pigott DC, Gibson CB, Gullett JP, Richey J, Pittet JF, Zaky A. The relationship between single and two-dimensional indices of left ventricular size using hemodynamic transesophageal echocardiography in trauma and burn patients. Crit Ultrasound J. 2017 Oct 11;9(1):20.

- Garrigan AL, Pigott DC. Images in Emergency Medicine: Elderly female with elbow pain. Ann Emerg Med 2017 Aug;70(2):142,160.

- Cirillo FN, Gibson CB, Gullett JP, Pigott DC. Young Male with Shoulder Mass. Ann Emerg Med 2017 Jun;69(6):e61-e62.

- Thompson MA, Gibson CB, Gullett JP, Pigott DC. Acute ST Segment Elevation Myocardial Infarction and Massive Pericardial Effusion due to Infectious Endocarditis: a case report. Clin Pract Cases Emerg Med. 2017, 1(2).

- Nelson M, Abdi A, Adhikari S, Boniface M, Bramante RM, Egan DJ, Fields JM, Leo MM, Liteplo AS, Liu R, Nomura JT, Pigott DC, Raio CC, Ruskis J, Strony R, Thom C, Lewiss RE. Goal Directed Focused Ultrasound Milestones Revised: A Multi-organizational Consensus. Acad Emerg Med 2016 Nov;23(11):1274-1279.

- Pigott DC, Gibson CB, McIntosh CA, Gullett JP. Images in Emergency Medicine: Male with pain in right calf. Ann Emerg Med 2016 Jul;68(1):19-25.

- Augustin-Coley BM, Pigott DC, Gibson CB, Vander Noot RM, Gullet JP. Diagnosis of radiographically occult calcaneus fracture with bedside sonography. J Ultrasound Med 2016 Jun;35(6):1363-6.

- Restrepo CG, Baker MD, Pruitt CM, Gullett JP, Pigott DC. Ability of pediatric emergency medicine physicians to identify anatomic landmarks with the assistance of ultrasound prior to lumbar puncture in a simulated obese model. Pediatr Emerg Care 2015 Jan;31(1):15-9.

- Sullivan JC 3rd, Buckner B, Pigott DC: Traumatic fifth finger amputation due to pontoon boat railing design. *J Emerg Med* 2012 Dec;43(6):e443-5.

- Pigott DC: Ultrasounds in EM: Pregnant with syncope: the role of transvaginal ultrasound. *EM Resident,* 2012 June/July;39(3):40-43.

- Pigott DC: Ultrasounds in EM: You sank my battleship! *EM Resident,* 2012 Feb/Mar;39(1):32-34.

- Pigott DC: Emergency ultrasounds: a sore throat and allergic reaction? *EM Resident,* 2011 Feb/Mar;38(1):28-29.

- King K, Pigott DC, Edwards AR: Intraocular mass causing acute angle-closure glaucoma, *Am J Emerg Med* 2010 Jun;28(5):644.e5-6.

- Pigott DC: Foodborne illness. *Emerg Med Clin North Am.* 2008 May;26(2):475-97.

- Pigott DC: Bedside Ultrasonography, Central Line Placement. *eMedicine Journal*, 2008. http://emedicine.medscape.com/article/110152. Revised 2014.

- Pigott DC: Images in emergency medicine. Molar pregnancy. *Ann Emerg Med.* 2007 Jan;49(1):14, 22.

- Mishra N, Orthner HF, Pigott DC: "Chest Pain and Validity of an Emergency Medical Dispatch Algorithm," American Medical Informatics Association 2006 Annual Symposium, 1035.

- Pigott DC: Emergency department evaluation of the febrile traveler. *J Infection*, 2007 Jan;54(1):1-5.

- Pigott DC: Hemorrhagic Fever Viruses. *Critical Care Clinics,* October 2005;21(4):765-83.

- Pigott DC, Buckingham RB, Eller RE, Cox AJ 3rd: Foreign body in the tongue: a novel use for emergency department ultrasonography. *Ann Emerg Med* 45(6):677-9, June 2005.

- Bachmann LH, Pigott D, Desmond R, Jones M, Lumpkins J, Gala P, Terndrup T, Hook EW 3rd: Prevalence and factors associated with gonorrhea and chlamydial infection in at-risk females presenting to an urban emergency department. *Sexually Transmitted Diseases* 30(4):335-9, April 2003.

- Pigott DC, Rosko CR: The dizzy patient: an evidence-based diagnosis and treatment strategy. *Emergency Medicine Practice* 3(3):1-20, March 2001.

- Pigott DC: CBRNE–Viral Hemorrhagic Fevers. *eMedicine Journal*, 2001. http://emedicine.medscape.com/article/830594. Revised 2017.

- Dayton MT, Larsen KR, Pigott DC, Nohavec RD, Moore JG: Circadian rhythm of bicarbonate ($HCO_3^-$) secretion in rat stomach. Surg Forum 41:142–144, 1990.

## Consensus Statements and Meeting Reports

- Co-author, ACEP Epidemic Expert Panel. Influenza Emergency Department Best Practices, April 2019.

- Co-author, ACEP Epidemic Expert Panel. ACEP Fact Sheet: Zika Virus, August 2016.

- Co-author, ACEP Epidemic Expert Panel. ACEP Fact Sheet: MERS (Middle Eastern Respiratory Syndrome), June 2015.

- Co-author, ACEP Epidemic Expert Panel. ACEP Fact Sheet: Measles, January 2015.

- Co-author, CDC/ACEP Ebola Expert Panel/ENA, "Identify, Isolate, Inform: Emergency Department Evaluation and Management for Patients Under Investigation (PUIs) for Ebola Virus Disease (EVD)," 2014-2015. http://www.cdc.gov/vhf/ebola/healthcare-us/emergency-services/emergency-departments.html

-  Co-author, ACEP Ebola Expert Panel Consensus Statement on Restrictive Movement including Quarantine of Health Care Workers, November 13, 2014. http://www.acep.org/ebola/

- Co-author, ACEP Ebola Expert Panel Talking Points for White House meeting (Dr. Michael Gerardi, ACEP President, Ronald Klain, Ebola Response Coordinator, Dr. Nicole Lurie, Assistant Secretary for Preparedness and Response, HHS), November 12, 2014.

## Books and Book Chapters

- Pigott DC, Kazzi ZN, Nafziger SM. Biological Agents of Concern. In: Veenema TG editor. Disaster Nursing and Emergency Preparedness for Chemical, Biological and Radiological Terrorism. 4th ed., New York, NY: Springer Publishing, 2018, 515-532.

- Skomorovsky E, Gullett J, Pigott DC. Second and Third Trimester Pregnancy. In: Connolly JA, Dean AJ, Hoffmann B, Jarman RD, eds., Emergency Point-of-Care Ultrasound, 2nd ed., Hoboken, NJ: Wiley-Blackwell, 2017.

- Gullett J, Beason HH, Pigott DC. Transcranial Doppler. In: Connolly JA, Dean AJ, Hoffmann B, Jarman RD, eds., Emergency Point-of-Care Ultrasound, 2nd ed., Hoboken, NJ: Wiley-Blackwell, 2017.

- Gullett J, Pigott DC. Second and Third Trimester Pregnancy. In: Cosby KS, Kendall JL, eds., Practical Guide to Emergency Ultrasound, 2nd ed., Philadelphia, PA: Lippincott, Williams & Wilkins, 2013.

- Pigott DC, Nafziger SM, Kazzi ZN. Biological Agents of Concern. In: Veenema TG editor. Disaster Nursing and Emergency Preparedness for Chemical, Biological and Radiological Terrorism. 3rd ed., New York, NY: Springer Publishing, 2012.

- Pigott DC, Kazzi ZN. Biological Agents of Concern. In: Veenema TG editor.  Disaster Nursing and Emergency Preparedness for Chemical, Biological and Radiological Terrorism. 2nd ed., New York, NY: Springer Publishing, 2007.

- Pigott DC, Liebelt EL. Arsenic and Arsine. In: Shannon MW, Borron SW, Burns M editor. Haddad and Winchester's Clinical Management of Poisoning and Drug Overdose. 4th ed., Philadelphia, PA: WB Saunders; 2007.

- Pigott DC, Editor. The Emergency Medicine Practice Clinical Excellence Series, Volume 3: An Evidence-based Approach to Neurologic Emergencies. Alpharetta, GA: EB Practice, 2006.

- Pigott DC, Terndrup TE. Biological Agents of Concern. In: Veenema TG editor.  Disaster Nursing and Emergency Preparedness for Chemical, Biological and Radiological Terrorism. New York, NY: Springer Publishing; 2003, 354-377.

**Published Abstracts**

- Thompson MA, Gibson CB, Gullett JP, Pigott DC. Acute ST segment elevation myocardial infarction and massive pericardial effusion due to infectious endocarditis: a case report. ACEP Southeast Chapters Educational Conference, Destin, FL, June 6-9, 2016, also presented at the International Conference on Emergency Medicine (ICEM 2016), Cape Town, South Africa, April 21-24, 2016

- McIntosh C, Beason HH, Gullett JP, Pigott DC: Ultrasound-guided hematoma block and reduction of a displaced metacarpal fracture. ACEP Southeast Chapters Educational Conference, Destin, FL, June 3-6, 2013.

- Restrepo CG, Baker MD, Gullett JP, Pigott DC: Ability of pediatric emergency medicine physicians to identify anatomic landmarks with the assistance of ultrasound prior to lumbar puncture in a simulated obese model, Southern Society for Pediatric Research, New Orleans, LA, Feb 2013.

- Thomas JJ, Pigott D, Douglas P: Retinal Detachment Diagnosed by ED Bedside Ultrasound.  ACEP Southeast Chapters Educational Conference, Destin, FL, June 14-17, 2010.

- Pigott DC, Bachmann LH, Peters HL, Lumpkins JM, Hook EW III: Does the presence of pregnancy or vaginal bleeding influence Gonorrhea and Chlamydia testing patterns. Ann

Emerg Med 46(3):S47, September 2005.

- Pigott DC, Buckingham RB: A comparison of digital video and still imaging for ultrasonography: an evaluation of diagnostic accuracy, user confidence and image quality. Ann Emerg Med 46(3):S52, September 2005.

- Bachmann LH, Peters H, Lumpkins J, Pigott D, Denninghoff K, Jones M, Terndrup T, Hook III EW: "STD prevalence in females presenting to a university emergency department with abdominal, genitourinary or pregnancy-related complaints." 2000 National STD Prevention Conference, Dec 4-7, 2000, Milwaukee, Wisconsin P#132, pages A133-134, December 4, 2000.

- Bachmann LH, Lumpkins J, Peters H, Pigott D, Jones M, Denninghoff K, Terndrup T, Hook III EW. Sexually Transmitted Disease Prevalence (STD) in Males Presenting to a University Emergency Department (ED) with High-Risk Complaints. International Journal of STD & AIDS 2001; 12 (suppl2):87-93.

**Scientific Papers Presented at Regional, National and International Meetings**

- McIntosh C, Beason HH, Gullett JP, Pigott DC: Ultrasound-guided hematoma block and reduction of a displaced metacarpal fracture. ACEP Southeast Chapters Educational Conference, Destin, FL, June 3-6, 2013.

- Restrepo CG, Baker MD, Gullett JP, Pigott DC: Ability of pediatric emergency medicine physicians to identify anatomic landmarks with the assistance of ultrasound prior to lumbar puncture in a simulated obese model, Southern Society for Pediatric Research, New Orleans, LA, Feb 2013.

- Thomas JJ, Pigott D, Douglas P: Retinal Detachment Diagnosed by ED Bedside Ultrasound.  ACEP Southeast Chapters Educational Conference, Destin, FL, June 14-17, 2010.

- Pigott DC, Buckingham RB: A comparison of digital video and still imaging for ultrasonography: an evaluation of diagnostic accuracy, user confidence and image quality. Scientific Assembly, Research Forum, American College of Emergency Physicians, Washington, DC, October, 2005.

- Pigott DC, Bachmann LH, Peters HL, Lumpkins JM, Hook EW III: Does the presence of pregnancy or vaginal bleeding influence Gonorrhea and Chlamydia testing patterns. Scientific Assembly, Research Forum, American College of Emergency Physicians, Washington, DC, October, 2005.

- Bachmann LH, Peters H, Lumpkins J, Pigott D, Denninghoff K, Jones M, Terndrup T, Hook III EW: "STD prevalence in females presenting to a university emergency department with abdominal, genitourinary or pregnancy-related complaints." 2000 National STD Prevention Conference, Dec 4-7, 2000, Milwaukee, Wisconsin P#132, pages A133-134, December 4, 2000.

- Bachmann LH, Lumpkins J, Peters H, Pigott D, Jones M, Denninghoff K, Terndrup T, Hook III EW. Sexually Transmitted Disease Prevalence (STD) in Males Presenting to a University Emergency Department (ED) with High-Risk Complaints.  International Congress of Sexually Transmitted Infections, ISSTDR/IUSTI, Berlin, Germany, June 24-27, 2001.

**Miscellaneous**

- Greene CJ, Pigott DC. COVID-19 for the Emergency Provider: What You Need to Know. ACEP Now, March 2020. https://www.acepnow.com/article/covid-19-for-the-emergency-provider-what-you-need-to-know/ (recognized by ACEP Now as one of the Top 10 Articles of 2020)
- Member, Radiologic Disasters Working Group, sponsored by Department of Homeland Security, 2012 (Director, Steven M. Becker, PhD)
- Assisted with UAB development of web-based content for CME Module on Bioterrorism and Emergency Infections Education, 2001-2005.
- Faculty Mentor – UAB School of Medicine, 2000-2010

**Editorial Review Services**

- *Annals of Emergency Medicine*
- *Academic Emergency Medicine*
- *Academic Emergency Medicine Education and Training*
- *The Lancet*
- *Disaster Medicine and Public Health Preparedness*
- *Foodborne Pathogens and Disease*
- *JACEP Open*
- *Oxford Medical Case Reports*
- *Journal of Infection*
- *Emergency Medicine Practice*
- *US Army Research Office*
- *Academic Life in EM (ALiEM) <aliem.com>*

# Pigott Declaration: Exhibit B









