352244
Law Firm Ref#: 037177-90200

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

**JAMES EDWARD BARBER**

Plaintiff(s)

vs.

**KAY IVEY, Governor of the State of Alabama, JOHN Q. HAMM, Commissioner of the Alabama Department of Corrections, TERRY RAYBON, Warden, Holman Correctional Facility, STEVE MARSHALL, Attorney General of the State of Alabama, and JOHN DOES 1-3,**

Defendant(s)

Case No.: 2:23-cv-00342-ECM
**AFFIDAVIT OF SPECIAL PROCESS SERVER**



I, __Vadall Morrow__, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Action; Complaint** to **John Q. Hamm, Commissioner**, located at **301 South Ripley Street, Montgomery, AL 36130** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with John Q. Hamm, Commissioner personally on the ____ day of _____, 20____ at _____M.

☑ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: __Kim Singleton__. Title: __Administration Ass. in Legal__ an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the __9__ day of __June__, 20 __23__ at __12:23 P.__ M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is John Q. Hamm, Commissioner's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the DATE and TIME of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

__/__/____ @ _____ : _____
__/__/____ @ _____ : _____
__/__/____ @ _____ : _____

A description of person with whom the documents were left is as follows:
Sex: __F__  Race: __White__  Approx. Age: __60__  Height: __5'8__  Weight: __170__  Hair: __Gray__

Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on this __9__ day of __June__, 20__23__

_(Notary signature)_
Notary Public

_Amber Simmons, Notary Public, Alabama State at Large, My Comm. Expires Mar. 8, 2025_

__Vadall Morrow__
(Server Signature)

__Vadall Morrow__
(Print Name)

SAAFF-352244